# United States District Court

**E-FILING**

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

FILED

UNITED STATES OF AMERICA

2007 NOV 16 P 2: 24

V.

RICHARD W. WIEKING
CLERK
**CRIMINAL COMPLAINT** COURT
NO. DIST. OF CA. S.J

Alvaro MORENO-Renteria

# 07-70689 HRL

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On a date unknown but no later than,    October 31, 2007    ,   in    Monterey County    in the    Northern    District of    California    defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title    8    United States Code, Section(s)    1326
I further state that I am a(n)    Deportation Officer    and that this complaint is based on the following
                                         Official Title
facts:

## SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, ten years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail:  Issue no bail warrant.

APPROVED AS TO FORM: _____

ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____11/16/07_____    at    San Jose, California
Date                                              City and State

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

| DOCUMENT NO. | CSA's INITIALS |
|---|---|

DISTRICT COURT
CRIMINAL CASE PROCESSING

**RE:** Alvaro MORENO-Renteria                                                    **A 28 570 840**

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)     The DEFENDANT Alvaro MORENO-Renteria, is a 44 year-old single male who's DOB is currently understood to be February 19, 1963. He is a citizen and native of Guadalajara, Jalisco, Mexico as substantiated by multiple statements made to that effect by the DEFENDANT in an interview that was initiated on October 31, 2007 at Monterey County Jail in Salinas, CA by ICE Immigration Enforcement Agent (IEA) Patrick Malate of the San Jose, California DRO Sub-Office;

(2)     The DEFENDANT has been assigned Alien Registration number of A 28 570 840, FBI number of 008732KA5, and California Criminal State ID Number of A25217609;

(3)     On April 14, 1988, the DEFENDANT was convicted in the New Mexico Magistrate Court/County of Luna, for the offense of LARCENY UNDER TWO HUNDRED AND FIFTY DOLLARS, a misdemeanor, in violation of New Mexico Penal Code Section 30-16-1, for which the DEFENDANT was sentenced to thirty days in Luna County Jail;

(4)     On May 20, 1998, the DEFENDANT was convicted in the Municipal Court of Deming in the state of New Mexico, for the offense of: ASSAULT, a misdemeanor, in violation of New Mexico Penal Code Section 6-3-24 *and* SHOPLIFTING, a misdemeanor, in violation of New Mexico Penal Code Section 6-1-1, for which the DEFENDANT was sentenced to five days in the Luna County Jail;

(5)     On June 21, 1988, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director, El Paso, TX, and ordered deported from the United States to Mexico;

(6)     On December 28, 1988, the DEFENDANT was convicted in the New Mexico Magistrate Court/County of Grant, for the offense of: DISORDERLY CONDUCT, a misdemeanor, in violation of New Mexico Penal Code Section 30-20-1 *and* RESISTING OR OBSTRUCTING A POLICE OFFICER, a misdemeanor, in violation of New Mexico Penal Code Section 30-22-1, for which the DEFENDANT was sentenced to probation;

**RE:** Alvaro MORENO-Renteria                                                    **A 28 570 840**

(7)     On January 4, 1989, the DEFENDANT was determined to be unlawfully present in the
        United States by the INS District Director, El Paso, TX, and ordered deported from the
        United States to Mexico;

(8)     On May 16, 1996, the DEFENDANT was determined to be unlawfully present in the
        United States by the INS District Director, Eloy, AZ, and ordered deported from the
        United States to Mexico;

(9)     On January 30, 1997, the DEFENDANT was convicted in the United States District
        Court/State and District of New Mexico, for the offense of: ILLEGAL REENTRY INTO
        THE UNITED STATES, a felony, in violation of: Title 8 USC Section 1326(a)(1), for
        which the DEFENDANT was sentenced to ninety-five days {time served};

(10)    On February 3, 1997, the DEFENDANT was determined to be unlawfully present in the
        United States by the INS District Director, El Paso, TX, and ordered deported from the
        United States to Mexico;

(11)    On April 12, 2006, the DEFENDANT was convicted in the Superior Court of
        California/County of Monterey, for the offense of: BATTERY ON A PEACE OFFICER,
        a misdemeanor, in violation of: California Penal Code Section 243(b), for which the
        DEFENDANT was sentenced to, twenty days in jail;

(12)    On November 2, 2007, the DEFENDANT was convicted in the Superior Court of
        California/County of Monterey, for the offense of: PERSON/SEX OFFENDER AT A
        SCHOOL, a misdemeanor, in violation of: California Penal Code Section 626.8(a), for
        which the DEFENDANT was sentenced to, thirty days in jail;

(13)    On, October 31, 2007, the Defendant was encountered by IEA Patrick Malate, at
        Monterey County Jail in Salinas, CA, and determined to be unlawfully present in the
        United States after a prior deportation.  IEA Malate read the DEFENDANT of his
        Miranda rights in the English and Spanish languages. The DEFENDANT agreed to
        answer administrative questions regarding his biographical information and immigration
        status, however, invoked his Miranda rights when asked to render a sworn statement.

(14)    The DEFENDANT has not presented any evidence that he either requested or received
        permission from the Secretary of the Department of Homeland Security or the Attorney
        General of the United States to reenter the United States.  In addition, a standard check
        completed by the U.S. CIS Headquarters Records Branch has produced no results to that
        effect, and his official A-File does not contain any record or indication of this fact;

**RE:** Alvaro MORENO-Renteria                                    **A 28 570 840**

(15)  Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 16 day of Nov., 2007

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE