1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 DEC 18  A 11: 48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 07 00801 JF HRL |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| ALVARO MORENO-RENTERIA, | ) |
| Defendant. | ) SAN JOSE VENUE |

INFORMATION

The United States charges:

On or about October 31, 2007, the defendant

ALVARO MORENO-RENTERIA

an alien, previously having been arrested and deported from the United States on or about June 21, 1988, January 4, 1989, May 16, 1996 and February 3, 1997, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

INFORMATION

1  of Title 8, United States Code, Section 1326.

2  DATED: 11/27/07                    SCOTT N. SCHOOLS
                                      United States Attorney

                                      DAVID R. CALLAWAY
                                      Deputy Chief, San Jose Office

7  (Approved as to form: _____)
                         AUSA SCHENK

INFORMATION

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 18 A 11:48
[illegible]
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

— OFFENSE CHARGED —

8 U.S.C. SECTION 1326 - ILLEGAL REENTRY

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
2 years imprisonment
$250,000 fine
1 year supervised release
$100 special assessment

— DEFENDANT —
RAUL ALVARO MORENO-RENTERIA

DISTRICT COURT NUMBER
CR 07 00801 JF HRL

— DEFENDANT —

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

— PROCEEDING —
Name of Complainant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed ____ Month/Day/Year

DATE OF ARREST ▶ ____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ ____ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) JEFFREY B. SCHENK

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: ____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____
Before Judge: ____

Comments: