AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____



FILED

DEC 20 2007

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA
V.

Alvaro Moreno-Renteria

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-00801 JF

I, Alvaro Moreno-Renteria, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/20/07 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ALVARO MORENO R.
Defendant

_____
Counsel for Defendant

Before _Patricia V. Trumbull_
Judicial Officer