# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, January 16, 2008
**Case Number:** CR-07-00801-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**  UNITED STATES OF AMERICA V. ALVARO MORENO-RENTERIA

|  **PLAINTIFF**  |  **DEFENDANT**  |
|---|---|
| United States | Alvaro Moreno-Renteria |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Cynthia Lie |

PROCEEDINGS:

Disposition and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to Count 1 of the Information. Defendant is sentenced to time served; 1 year supervised release; and $100.00 special assessment.